```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

  IN RE:                                          CASE NO. 07 B 12068
    ADAN MONROY
                                                  CHAPTER 13

                                                  JUDGE: A. BENJAMIN GOLDGAR

              Debtor
      SSN XXX-XX-6944


  -------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
  -------------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
  Final Report and Account of the administration of the estate pursuant to
  11 USC 1302(b)(1).

     1.  The case was filed on 07/06/07 and confirmed on 11/16/07.

     2.  The case was dismissed after confirmation, 05/16/2008.

     3.  The Debtor paid a total of $    1050.00 .

     4.  The Trustee made disbursements to creditors as follows:


  -------------------------------------------------------------------------------
  CREDITOR NAME              CLASS            CLAIM AMOUNT       INTEREST         PRINCIPAL
                                                                   PAID             PAID
  -------------------------------------------------------------------------------
  WELLS FARGO HOME MTGE      CURRENT MORTG            .00             .00              .00
  WELLS FARGO HOME MTGE      MORTGAGE ARRE        3682.01             .00              .00
  JEFFERSON CAPITAL SYSTEM   UNSECURED           4600.88             .00              .00
  PEOPLES GAS                UNSECURED           1644.26             .00              .00
  SPRINT NEXTEL              UNSECURED           1399.22             .00              .00
  ROUNDUP FUNDING LLC        UNSECURED           1241.05             .00              .00
  ROUNDUP FUNDING LLC        UNSECURED            449.14             .00              .00
  ECAST SETTLEMENT CORPORA   UNSECURED            617.22             .00              .00
              Summary of disbursements:
  -------------------------------------------------------------------------------
                      SECURED      PRIORITY    UNSECURED         OTHER           TOTAL
  -------------------------------------------------------------------------------
  TOTAL CLMS ALLOWED  3682.01           .00      9951.77           .00        13633.78
  PRINCIPAL PAID          .00           .00           .00          .00             .00
  INTEREST PAID           .00           .00           .00          .00             .00
  TOTAL PAID              .00           .00           .00          .00             .00
  The Debtor's attorney, KENNETH S BORCIA & ASSOC      , was allowed $    3500.00
  and was paid $    350.00   direct and $   1002.75  through the plan.

  The Trustee received $       47.25 .

  Refunds to the Debtor totaled $          .00 .

       Wherefore, the Trustee requests an order be entered discharging
  the Trustee and the surety on his bond from any further liability
  in this case.




    Dated: 08/20/08                        /S/
                                      GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 07 B 12068 ADAN MONROY